ALTER MICHIGAN, Respondent, v. TAU REALTY CORPORATION, Defendant; THOMAS H. HEFFRON and Another, Appellants.— Motion to dismiss appeal denied upon condition that appellants perfect the appeal for the November term (for which term the case is set down) and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Lazansky, P. J., Young, Kapper, Hagarty and Scudder, JJ.

DAGMAR OLSEN, as Administratrix, etc., of MICHAEL OLSEN, Deceased, Respondent, v. PATENT SCAFFOLDING COMPANY, Respondent; HENRY MANDEL BUILDING Co., INC., Appellant.— Motion for stay of trial granted upon condition that within five days from service of a copy of the order herein appellant pay plaintiff, respondent, one hundred dollars for disbursements; otherwise, motion denied, with ten dollars costs. Present — Lazansky, P. J., Young, Kapper, Hagarty and Scudder, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ANTONIO CELLINI, Appellant.— Motion to enlarge time granted upon condition that the appellant perfect the appeal for the November term, for which term the case is ordered on the calendar. Present — Lazansky, P. J., Young, Kapper, Hagarty and Scudder, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. MICHAEL DOMIN, Appellant.— Motion to enlarge time granted upon condition that the appellant perfect the appeal for the November term, for which term the case is ordered on the calendar. Present — Lazansky, P. J., Young, Kapper, Hagarty and Scudder, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. LOUIS PINE, Appellant.— Motion for reargument denied. Present — Lazansky, P. J., Young, Kapper, Hagarty and Scudder, JJ.

CHRISTIAN B. ROSSMAN, Respondent, v. THE CITY OF NEW YORK, Appellant.— Motion to dismiss appeal denied upon condition that appellant perfect the appeal for the November term (for which term the case is set down) and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Lazansky, P. J., Young, Kapper, Hagarty and Scudder, JJ.

SAGAMORE APARTMENTS, INC., Respondent, v. MABEL BAILEY, Appellant.— Motion to dismiss appeal granted and appeal dismissed. Present — Lazansky, P. J., Young, Kapper, Hagarty and Scudder, JJ.

LEONORE SALMON, Appellant, v. JACQUES SALMON, Respondent.— Motion to dispense with printing granted as to record on appeal but denied as to brief. Present — Lazansky, P. J., Young, Kapper, Hagarty and Scudder, JJ.

SAMUEL SCHWARTZ and Others, Appellants, v. FOX METROPOLITAN PLAYHOUSES, INC., Respondent.— Motion to dismiss appeal denied. Motion to amend record on appeal denied. Present — Lazansky, P. J., Young, Kapper, Hagarty and Scudder, JJ.

ROBERT W. SWAN, JR., Respondent, v. DAVID HIRSCH and Another, Appellants, and Others, Defendants.— Motion to dismiss appeal granted, with ten dollars costs, and appeal dismissed, with costs. Present — Lazansky, P. J., Young, Kapper, Hagarty and Scudder, JJ.